CHARLES W. BLACKMORE, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

RAYMOND L. FINNEY, Appellant v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

ANTHONY M. ALBINO et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

ANGEL W. PEREZ et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

JOSEPHINE R. SIGISMONDI, as Administratrix of the Estate of ANGELO P. SIGISMONDI, Deceased, Plaintiff, v. AARON LEWIS et al., Doing Business as FOUR FORTY ENTERPRISES, et al., Defendants. AARON LEWIS et al., Third-Party Plaintiffs-Appellants, v. SIGISMONDI EXCAVATORS, INC., Third-Party Defendant-Respondent, et al., Third-Party Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

FRANK B. OLDHAM et al., Respondents, v. H. THEODORE MCROBERTS, Appellant, et al., Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Motion for a stay of trial denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

In the Matter of CALIFORNIA OIL COMPANY et al., Appellants, v. FRED ROOT et al., Constituting the Town Board of the Town of Salina, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of FRANKLIN CLARKE RETCHLESS, JR., an Attorney.— Resignation accepted and name stricken from roll of attorneys.